```
Label Matrix for local noticing          Aiken, Charlie                           Attorney General of Texas
0540-9                                   1805 Granger Rd                          Box 12548, Capitol Station
Case 12-90316                            Nelson, BC B1L6T2                        Austin, TX 78711-2548
Eastern District of Texas                Canada
Lufkin
Thu Oct 25 16:02:11 CDT 2012

Brier, Ruby                              Check Into Cash                          Check into Cash of Texas LLC
PO Box 2002                              11870 N Washington                       201 Keith Street SW, Ste 80
Lufkin, TX 75902-2002                    Unit B                                   Cleveland, TN 37311-5867
                                         Denver, CO 80233-5155


Ellis, Murry                             Hallahan, James P                        Hashmi, Azhar
1620 W James St                          13600 Edmands Dr                         132 Brighton Rd
Nelson, BC B1L6T2                        Reno, NV 89511-6248                      Purley Surrey, UK
Canada                                                                            CR84HAUK, England


Huntington St. Bank                      (p)INTERNAL REVENUE SERVICE              IRS
PO Box 1090                              CENTRALIZED INSOLVENCY OPERATIONS        Internal Revenue Service
Huntington, Texas 75949-1090             PO BOX 7346                              PO Box 7346
                                         PHILADELPHIA PA 19101-7346               Philadelphia, PA 19101-7346


Internal Revenue Service                 John J Talton                            Johnson, James
Tyler Division Case Only                 Chapter 13 Trustee                       21 N Tayler Ave
3372 S/SW Loop 323                       110 N College Ste 1200                   Saint Louis, MO 63108-2105
Tyler, TX 75701-9222                     Tyler, TX 75702-7242


Jones, Allen                             Jones, David                             Justice of Peace Pct 1
408 Pineburr SE Ave                      10012 CR 915A                            case no SC0208
Valdese, NC 28690                        Joshua, TX 76058-4113                    9373 US 259
                                                                                  Nacogdoches, TX 75965-0822


Justice of Peace Pct 3                   Mosqueda, Coty                           Muckleroy IV, George R
Suggestion of Bankruptcy                 1205 Bentwood Ct                         801 Cherry St, Ste 16
JP 3, PL 1, SubCourthouse                Altoona, IA 50009-2405                   Unit 1
Huntington, Texas 75949                                                           Fort Worth, TX 76102-6881


Nco Fin/34                               Ornelas Jr, Julian                       Randall, Keith
NCO Financial                            3708 Buckingham Dr                       PO Box 1900
507 Prudential Rd.                       Nacogdoches, TX 75965-5823               Ranchos de Taos, NM 87557-1900
Horsham, PA 19044-2368


Sherman, Mike                            (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Walter David Stephens
11813 Grant St                           REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION P.O. Box 444
Northglenn, CO 80233-1111                PO BOX 13528                             103 E. Denman
                                         AUSTIN TX 78711-3528                     Lufkin, TX 75901-3993


Stider, Allen L                          Texas Workforce Commission               Tipton Ford
Receiver                                 PO Box 149080                            1115 North Street
6750 Locke Ave, Ste 201                  Austin, TX 78714-9080                    Nacogdoches, TX 75961-4417
Fort Worth, TX 76116-4196
```

| | | |
|---|---|---|
| Tommy Earl Wells, Jr<br>13727 North US 59<br>Nacogdoches, TX 75965-9057 | U. S. Trustee EDTX<br>300 Plaza Tower<br>110 N. College Ave<br>Tyler, TX 75702-7226 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney BMT<br>350 Magnolia Ave, Ste 150<br>Beaumont, TX 77701-2254 | W. David Stephens<br>P. O. Box 444<br>400 S. First St., Ste. 104<br>Lufkin, Texas 75901-3727 |
| Willms, Justin<br>8130 Big Bend Rd<br>Waterford, WI 53185-1229 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| IRS<br>1919 Smith St<br>Mail Stop 5024 HOU<br>Houston, TX 77002 | State Comptroller Public Accts<br>Capitol Station<br>Austin, TX 78774 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Tommy Earl Wells Jr<br>13727 North US 59<br>Nacogdoches, TX 75965-9057 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     1<br>Total                  37 |