IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

IN RE  §  Case No:12-90316
Tommy Earl Wells, Jr
13727 North US 59
Nacogdoches, TX 75965

xxx-xx-4367

§  Chapter 13
§
Debtor(s)  §

## NOTICE OF CHANGE IN SCHEDULES OF CREDITORS

In accordance with LBR 1007(b)7, the attached schedule is filed for the following reason:

____x_____   adding creditor/deleting (requires $26.00 fee)   Schedule D, E, F / matrix

____x_____    NOTICE FOR NEWLY ADDED CREDITORS OF chapter no., meeting of creditors & deadlines, discharge of debtor, Order Confirming Plan and/or Order fixing date for filing claims.

_____   creditor changes* (change in amount, classification-require fee)
                              (change address of creditor or its attorney-no fee)

_____   amendment Schedule C - Property Claimed as Exempt

_____   amendment to Budget:  Schedule I- Current Income of Individual Debtors
                              Schedule J - Current Expenditures-Indiv. Debtors

_____   check here if fling initial amended Sch. due to Chapter Conversion

INSTRUCTIONS:  A separate Notice of Change is required when both adding and deleting creditors.  An amended (partial) matrix is required to add or delete creditors.  ANNOTATE CLEARLY SO CHANGES ARE CLEARLY UNDERSTANDABLE.  Do Not Refile a Complette New Matrix.  Only those creditors affected by the amended schedule should be shown on the matrix.  If the $26.00 filing fee is required, multiple filings of a Notice of Change filed in the same case at the same time require only a single $26.00 fee.  Adding or Deleting Creditors at different times require a fee each time.

     I and/or each of us, declare under penalty of perjury that we have read the changes in the List of Creditors (Master Mailing List (matrix) and to the schedules and statements as attached hereto, and that they are true and correct to the best of my/our knowledge, information and belief.

Date:   November 26, 2012

                    /s/Wells Jr, Tommy Earl
                    Debtor  Wells Jr, Tommy Earl

                    /s/
                    Joint Debtor