B6F (Official Form 6F) (12/07)

In re **Tommy Earl Wells, Jr**                                             Case No. **12-90316**
                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Aiken, Charlie**<br>**1805 Granger Rd**<br>**Nelson, BC B1L6T2**<br>**Canada** | | H | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**money loaned**<br>REMARKS: | | | | $15,500.00 |
| ACCT #:<br>**Brier, Ruby**<br>**PO Box 2002**<br>**Lufkin, TX 75902** | | H | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**judgement granted**<br>REMARKS: | | | | $4,350.00 |
| ACCT #:<br>**Check Into Cash**<br>**11870 N Washington**<br>**Unit B**<br>**Denver, CO 80233** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Check into Cash of Texas LLC**<br>**201 Keith Street SW, Ste 80**<br>**Cleveland, TN 37311** | | H | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**deficiency**<br>REMARKS: | | | | $2,618.00 |
| ACCT #:<br>**Dr Grigoriy Rodonia**<br>**2955 Harrison Street**<br>**Beaumont, Tx 77702** | C | | DATE INCURRED: **Feb 2011**<br>CONSIDERATION:<br>**money loaned**<br>REMARKS: | | | | $2,000.00 |
| ACCT #:<br>**Ellis, Murry**<br>**1620 W James St**<br>**Nelson, BC B1L6T2**<br>**Canada** | | H | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**money loaned**<br>REMARKS: | | | | $22,000.00 |
| | | | | | | Subtotal > | $46,468.00 |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____3_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Tommy Earl Wells, Jr**     Case No. **12-90316**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Hallahan, James P**<br>13600 Edmands Dr<br>Reno, NV 89511 | | H | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**money loaned**<br>REMARKS: | | | | $8,900.00 |
| ACCT #:<br>**Hashmi, Azhar**<br>132 Brighton Rd<br>Purley Surrey, UK<br>CR84HAUK, England | | H | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**money loaned**<br>REMARKS: | | | | $55,000.00 |
| ACCT #:<br>**Huntington St. Bank**<br>PO Box 1090<br>Huntington, Texas 75949 | C | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Johnson, James**<br>21 N Tayler Ave<br>Saint Louis, MO 63108 | | H | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**money loaned**<br>REMARKS: | | | | $5,500.00 |
| ACCT #:<br>**Jones, Allen**<br>408 Pineburr SE Ave<br>Valdese, NC 28690 | | H | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**money loaned**<br>REMARKS: | | | | $9,200.00 |
| ACCT #:<br>**Jones, David**<br>10012 CR 915A<br>Joshua, TX 76058 | | H | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**money loaned**<br>REMARKS: | | | | $7,400.00 |

Sheet no. __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                       **Subtotal >**    $86,000.00

                                                                        **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Tommy Earl Wells, Jr**  Case No. **12-90316**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Justice of Peace Pct 1**<br>**case no SC0208**<br>**9373 US 259**<br>**Nacogdoches, TX 75961** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Justice of Peace Pct 3**<br>**Suggestion of Bankruptcy**<br>**JP 3, PL 1, SubCourthouse**<br>**Huntington, Texas 75949** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Mosqueda, Coty**<br>**1205 Bentwood Ct**<br>**Altoona, IA 50009** | | H | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**money loaned**<br>REMARKS: | | | | $3,600.00 |
| ACCT #:<br>**Muckleroy IV, George R**<br>**801 Cherry St, Ste 16**<br>**Unit 1**<br>**Fort Worth, TX 76102-6881** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx6612**<br>**Nco Fin/34**<br>**NCO Financial**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | H | DATE INCURRED: **06/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $340.00 |
| ACCT #:<br>**Ornelas Jr, Julian**<br>**3708 Buckingham Dr**<br>**Nacogdoches, TX 75965** | | H | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**unsecured judgment**<br>REMARKS: | | | | $8,600.00 |

Sheet no. __2__ of __3__ continuation sheets attached to  **Subtotal >**  $12,540.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Tommy Earl Wells, Jr**　　　　　　　　　　　　　Case No. **12-90316**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Randall, Keith**<br>**PO Box 1900**<br>**Ranchos de Taos, NM 87557** | | H | DATE INCURRED: **2007**<br>CONSIDERATION: **money loaned**<br>REMARKS: | | | | **$5,000.00** |
| ACCT #:<br>**Sherman, Mike**<br>**11813 Grant St**<br>**Northglenn, CO 80233** | | H | DATE INCURRED: **2007**<br>CONSIDERATION: **money loaned**<br>REMARKS: | | | | **$4,500.00** |
| ACCT #:<br>**Stephen Chavers**<br>**812 Henry Rd.**<br>**Corrigan, Tx 75939** | | C | DATE INCURRED: **Jan 2010**<br>CONSIDERATION: **money loaned**<br>REMARKS: | | | | **$3,500.00** |
| ACCT #:<br>**Stider, Allen L**<br>**Receiver**<br>**6750 Locke Ave, Ste 201**<br>**Fort Worth, TX 76116** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tipton Ford**<br>**1115 North Street**<br>**Nacogdoches, TX 75963** | | H | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**unsecured**<br>REMARKS: | | | | **$1,095.00** |
| ACCT #:<br>**Willms, Justin**<br>**8130 Big Bend Rd**<br>**Waterford, WI 53185** | | H | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**money loaned**<br>REMARKS: | | | | **$3,400.00** |

Sheet no. ___3___ of ___3___ continuation sheets attached to　　　　　　　　　　**Subtotal >**　　**$17,495.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total >**　　**$162,503.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)