B9I (Official Form 9I) (Chapter 13 Case) (12/11) | Case Number 12-90316

## UNITED STATES BANKRUPTCY COURT Eastern District of Texas

### Notice of
### Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 10/25/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tommy Earl Wells Jr
13727 North US 59
Nacogdoches, TX 75965

| Case Number:<br>12-90316 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx-xx-4367 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Walter David Stephens<br>P.O. Box 444<br>103 E. Denman<br>Lufkin, TX 75902-0444<br>Telephone number: (936) 639-5898 | Bankruptcy Trustee (name and address):<br>John Talton.<br>Plaza Tower<br>110 N. College Ave, 12 Floor<br>Tyler, TX 75702<br>Telephone number: 903-593-7777 |

### Meeting of Creditors
Date: **December 4, 2012**                                    Time: **09:00 AM**
Location: **Parkway Plaza Shopping Center, 5681 Eastex Frwy, Beaumont, Tx 77706**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): 3/4/13        For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): 4/23/13

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 2/4/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan will be sent separately. The hearing on confirmation will be held:
Date: 1/9/13, Time: 09:30 AM, Location: Jack Brooks Federal Courthouse, 300 Willow, Suite 112, Beaumont, TX 77701

Objections to confirmation must be filed in writing with the Court no later than (14) days prior to the scheduled hearing to consider confirmation of the plan.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

SEND CORRESPONDENCE TO: JOHN TALTON, TRUSTEE AT: PLAZA TOWER 110 N. COLLEGE AVE., 12TH FLOOR, TYLER, TX 75702
SEND PAYMENTS TO: JOHN TALTON, TRUSTEE AT: P.O. BOX 734, TYLER, TX 75710

| Address of the Bankruptcy Clerk's Office:<br>300 Willow<br>Suite 112<br>Beaumont, TX 77701<br>Telephone number: 409-839-2617 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 11/9/12 |