IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

**N RE** § Case No:12-90316
**Tommy Earl Wells, Jr**
13727 North US 59
Nacogdoches, TX 75965

xxx-xx-4367

§ **Chapter 13**
§
Debtor(s) §

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to be best of my/our knowledge.

Creditor Matrix format:
☑ Paper


Date: November 26, 2012                    /s/ Wells Jr, Tommy Earl    Debtor

**THE FULL TAX IDENTIFICATION NO OF THE DEBTOR IS BEING PROVIDED TO THE FOLLOWING CREDITOR(S); HOWEVER THE SAME IS REDACTED IN THE ORIGINAL FILED HEREIN:  Social Sec nos are:   xxx-xx-4367   and**

ADD THE FOLLOWING CREDITORS:

>Dr Grigoriy Rodonia
>2955 Harrison Street
>Beaumont, Tx  77702

>Stephen Chavers
>812 Henry Rd.
>Corrigan, TX  75939

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

IN RE:                                                  §
Wells Jr, Tommy Earl
                                                        §        CASE NO.  12-90316

DEBTOR(S)                                               §

CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of the foregoing Amended Sch. F AND MATRIX (*with SSN(s) redacted on originals filed with Court*), and a copy of the Official Notice from the Court of Chapter no, Meeting of Creditors & Deadlines, Discharge of Debtors, Order Confirming Plan and/or Order Fixing Date for Filing Claims,  has been served upon the following parties in interest by mailing a copy of the same to them via first class mail this November 26, 2012

Chapter 13 Trustee, 110 N. College Ave, Tyler, TX 75702

*and to the following creditors*:

> Dr Grigoriy Rodonia
> 2955 Harrison Street
> Beaumont, Tx  77702
>
> Stephen Chavers
> 812 Henry Rd.
> Corrigan, TX  75939

/s/ W. David Stephens
W. David Stephens
Atty for Debtor(s)