IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE<br>Tommy Earl Wells, Jr<br>13727 North US 59<br>Nacogdoches, TX 75965<br><br>xxx-xx-4367<br><br><br><br>Debtor(s) | §<br><br><br><br><br><br><br>§<br>§<br>§ | Case No:12-90316<br><br><br><br><br><br><br>Chapter 13 |

CERTIFICATE OF SERVICE

     I hereby certify that on this December 4, 2012 , a true and correct copy of the above and foregoing AMEND SCH B shall be served via electronic means, if available, otherwise by regular,  first class mail to the following:


Chapter 13 Trustee, 110 N College, Ste 1200, Tyler, TX 75702


/s/ W. David Stephens
W. David Stephens
Atty for Debtor(s)