IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |  | |
|---|---|---|---|
| IN RE: | § | | |
| | § | | |
| TOMMY EARL WELLS, JR   xxx-xx-4367 | § | | Case No. 12-90316 |
| | § | | Chapter 13 |
| 13727 NORTH US 59 | § | | |
| NACOGDOCHES, TX 75965 | § | | |
| | § | | |
| DEBTORS | | | |

**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. SECTION 1302(c)**

The Standing Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c):

1. The business examination consisted of the review of the following documentation after the 341 meeting of creditors:

   | a | Statement of Affairs and Schedules | x |
   |---|---|---|
   | b | Tax returns for the years | x |
   | c | Evidence of insurance | x |
   |   | Liability | x |
   |   | Property | x |
   |   | Workers Compensation | x |
   |   | Other | x |
   | d | Bank Statements | x |
   | e | Business Licenses, Permits | x |
   | f | Other | |

2. The 341 meeting of creditors was held on
   | 12/4/12 |
   |---|

3. The Debtor's business is located at:
   | 13727 North US 59, Nacogdoches, TX 75965 |
   |---|

4. Nature of Debtor's business:

   | a | Retail | |
   |---|---|---|
   | b | Service (specify) | X |
   | c | Other (specify) | |

5. Debtor's business is:

   | a | Sole Proprietorship | X |
   |---|---|---|
   | b | Corporation | |
   | c | Partnership | |
   | d | Other (specify) | |

6. Debtor is:

| a | Owner | x |
|---|---|---|
| b | Partner | |
| c | Shareholder | |

| 7. Years of operation of Debtor's business | 10/2003 to present |
|---|---|
| 8. Number of employees (excluding debtors) | none |
| 9. Statement of Financial Affairs Questions 1-15 complete? | yes |
| 10. Additional information requested on Questions? | n/a |
| 11. Statement of Financial Affairs Questions 16-25 complete? | Yes |
| 12. Additional information requested on Questions? | n/a |

8. The following Schedules are complete:

| | Complete | Incomplete |
|---|---|---|
| Schedule A | x | |
| Schedule B | | x |
| Schedule C | x | |
| Schedule D | x | |
| Schedule E | x | |
| Schedule F | x | |
| Schedule G | x | |
| Schedule H | x | |
| Schedule I | x | |
| Schedule J | x | |
| Credit Counseling | x | |
| Profit Loss Statements | x | |
| Tax Returns | x | |

| 9. Have all required State, Local and Federal tax returns been filed | yes |
|---|---|
| 10. Has all information requested by the Trustee been provided | yes |
| 11. Missing documents to be provided within 14 days: | n/a |
| 12. Additional documents requested at the 341 meeting | Schedule B |
| 13. Debtor's primary business assets consist of: | Livestock trailer, John Deere Gator and misc. tools. |
| 14. The total fair market value of the business as an ongoing concern is approximately: | n/a |
| 15. The Debtor's average monthly gross receipts for the 6 months prior to filing was: | $5,074.83 |
| 16. The Debtor's projected monthly gross receipts per Schedule I are: | $5,074.00 |

DATED this, the 5th day of December, 2012.

        Respectfully submitted,

        JOHN J. TALTON
        CHAPTER 13 TRUSTEE

        /s/ John J. Talton
        John J. Talton, SBN 19629700
        Lloyd T. Kraus, SBN 24066773
        110 N. College #1200
        Tyler, Texas  75702
        (903) 593-7777, Fax (903) 597-1313

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee Statement Pursuant to 11 U.S.C. Section 1302 (c) has been served upon the following parties in interest by mailing a copy of same to them via first class mail or electronically on : 12/05/2012

W DAVID STEPHENS
P O BOX 444
LUFKIN, TX 75902

TOMMY EARL WELLS, JR
13727 NORTH US 59
NACOGDOCHES, TX 75965

        /s/John J. Talton
          John J. Talton