THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| TOMMY EARL WELLS, JR   XXX-XX-4367<br>13727 NORTH US 59<br>NACOGDOCHES, TX 75965<br><br><br><br><br>DEBTOR | § CASE NUMBER: <u>12-90316</u><br>§<br>§ CHAPTER 13<br>§<br>§<br>§ |

NOTICE OF FILING OF FINAL REPORT AND ACCOUNT

NOTICE IS HEREBY GIVEN that the "Trustee's Final Report and Account" has been filed with the Court by the Chapter 13 Trustee in the case referenced above.

The Trustee's Final Report and Account has been mailed to you by the Trustee.  It is also available for public inspection using a public computer terminal at any of the following divisional office of the United States Bankruptcy Clerk:

Plaza Tower, 110 N. College Avenue, 9th Floor, Tyler, Texas
Jack Brooks Federal Building, 300 Willow Street, 1st Floor, Beaumont, Texas
Wells Fargo Bank Building, 660 N. Central Expressway, 3rd Floor, Plano, Texas

No hearing will be conducted on any aspect of the Trustee's Final Report unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the Chapter 13 Trustee at the address given in the Trustee's Final Report within thirty (30) days from date of this notice.  If no objection is timely served and filed, the Court may consider and approve the Trustee's Final Report without the necessity of a hearing.

If a written objection is filed, then a hearing shall be scheduled and you will be notified.

Dated: 04/01/2014

        By: /s/ John J. Talton
        Office of the Standing Chapter 13 Trustee

1

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Notice of Filing of Final Report and Account has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

TOMMY EARL WELLS, JR
13727 NORTH US 59
NACOGDOCHES, TX 75965


W DAVID STEPHENS
P O BOX 444
LUFKIN, TX 75902

    and the parties listed on the attached Mailing Matrix

    Dated: 04/01/2014

                                      Respectfully submitted,

                                      /s/ John J. Talton
                                      John J. Talton, SBN 19629700
                                      Lloyd T. Kraus, SBN 24066773
                                      Office of the Standing Chapter 13 Trustee
                                      110 N. College Avenue, Suite 1200
                                      Tyler, TX  75702
                                      (903)593-7777, Fax (903) 597-1313